# NechelesLaw LLP

**Attorneys at Law**

535 5th Ave, 4th Floor
New York, N.Y. 10017
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

July 12, 2021

**Via ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

/s/

Ronnie Abrams, U.S.D.J.
July 13, 2021

Re: *United States v. Shmuel Abraham*, 20-cr-411 (RA)

Dear Judge Abrams:

    We write to request a modification of Mr. Abraham's bail conditions to allow him to travel to Florida from July 21 to July 25 for the Bar Mitzvah of his nephew.

    Mr. Abraham's nephew is having his Bar Mitzvah next weekend in a synagogue in Hollywood, Florida. Traditionally, the extended family joins together to celebrate the occasion with the young man. Mr. Abraham would therefore like to be able to fly down to Florida on the 21st, spend the Sabbath there celebrating the Bar Mitzvah, and return to New York on Sunday, July 25th. If this request is granted, we will provide his full itinerary to his pre-trial officer.

    I have spoken to both Mr. Rosenfeld's pre-trial officer and the assigned AUSA and neither has any objection to this request.

                                         Respectfully submitted,
                                                  /s/
                                              Gedalia M. Stern

Cc: AUSA Jilan Kamal (via ECF)