# NechelesLaw LLP

ATTORNEYS AT LAW

1120 6th Street, 4th Floor
New York, N.Y. 10036
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

September 14, 2021

**Via ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

/s/ Ronnie Abrams
Ronnie Abrams, U.S.D.J.
September 15, 2021

Re: *United States v. Shmuel Abraham*, 20-cr-411 (RA)

Dear Judge Abrams:

We write to request a modification of Mr. Abraham's bail conditions to allow him to travel to Florida from September 19 to 30, to celebrate the Jewish holiday of Sukkot there.

The holiday of Sukkot begins the evening of September 20 and Mr. Abraham would like to drive to Kissimmee, Florida to spend the holiday there with his family. He would return to New York the day after after the holiday ends on September 29. If this request is granted, he will provide his full itinerary to his pre-trial officer.

I have spoken to both Mr. Abraham's pre-trial officer and the assigned AUSA and neither has any objection to this request.

Respectfully submitted,
/s/
Gedalia M. Stern

Cc: AUSA Jilan Kamal (via ECF)