# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gstern@necheleslaw.com
212-997-7400

March 29, 2022

<u>Via ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: *United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

We write to respectfully request permission for Shmuel Abraham to travel to Florida from April 13 until April 25 for the upcoming holiday of Passover.

Mr. Abraham would like to spend the holiday of Passover with his family in Florida. Passover this year begins on April 15 and ends on April 23. Mr. Abraham and his family would drive down to Florida, leaving two days before the holiday, and return to New York two days after the holiday concludes. We have provided Mr. Abraham's pre-trial officer with the exact address where Mr. Abraham will be staying, and will also provide the pre-trial officer with any other information he requests.

I have spoken to Mr. Abraham's pre-trial officer and the assigned AUSA and neither has any objection to this request.

Application granted.

SO ORDERED.

Respectfully submitted,

/s/

Gedalia Stern

_____

Ronnie Abrams, U.S.D.J.
April 1, 2022