# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

September 20, 2022

<u>Via ECF</u>  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, N.Y. 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
September 20, 2022

Re: *United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

 We write to respectfully request a modification of Shmuel Abraham's bond conditions, so as to allow him to travel to Florida for the upcoming holiday of Sukkot.

 The Holiday of Sukkot (the Feast of the Tabernacles), one of Judaism's major holidays, this year runs from October 9–18. Mr. Abraham would like to be able to travel to Florida, so that he and his wife can celebrate the holiday there with his wife's sister's family (who live in Hollywood, Florida). Mr. Abraham therefore seeks permission to travel to Florida from October 6–20. He requests the extra days on both ends to ensure that he has sufficient time to travel to and from Florida.

 I have spoken to both Mr. Abraham's pre-trial officer and the assigned AUSA and neither has any objection to this request, as long as Mr. Abraham provides them with his full itinerary, which he will happily do.

 We therefore respectfully request that the Court grant Mr. Abraham permission to travel to Florida from October 6–20.

Respectfully submitted,  
/s/  
Gedalia M. Stern

Cc: AUSA Jilan Kamal