# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gms@necheleslaw.com  
212-997-7400

August 20, 2023

<u>Via ECF</u>  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York NY 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
August 22, 2023

*United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

    We respectfully write to request permission for Shmuel Abraham to travel to Canada from August 23–25.

    Mr. Abraham and his wife would like to be able to travel to Canada to visit her family, who live outside of Montreal. Due to his travel restrictions, the Abrahams have been unable to travel to visit her family since the onset of this case in 2020.

    If Your Honor grants this request, Mr. Abraham would drive to Canada on August 23 and return by Friday the 25th. In order to further ensure both the government and Court that he will return, he is not seeking the return of his passport, and will travel into Canda using his birth certificate and driver's license. He will also provide his pre-trial officer with his full itinerary.

    I have spoken to both Mr. Abraham's pre-trial officer and the assigned AUSA and neither takes any position on this request.

Respectfully,  
/s/  
Gedalia Stern

Cc: Jilan Kamal (via ECF)