# NechelesLaw, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

September 22, 2023

<u>Via ECF</u>  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York NY 10007

A change of plea hearing is scheduled for October 16, 2023 at 2:30 p.m.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
September 26, 2023

Re: *United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

    We respectfully write, on behalf of our client Shmuel Abraham, and with the consent of the government, to request that the Court schedule a change-of-plea hearing for Shmuel Abraham.

    Given the upcoming Jewish holiday of *Succot*, as well as some of undersigned counsel's other obligations, we ask that the Court schedule the guilty plea for after October 16.

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Jilan Kamal (via ECF)