# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

February 1, 2024

<u>Via Email</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2024

Re: *United States v. Shmuel Abraham,* 20-cr-411-RA

Dear Judge Abrams:

    We write to respectfully request a two-week extension of time to provide objections to Mr. Abraham's draft PSR.

    Mr. Abraham's draft PSR was filed on January 19, 2024, and thus his objections are currently due tomorrow, February 2. F. R. Crim. P. 32(f)(1). I have been busy with other obligations, however, and have not had sufficient time to review the draft PSR with my client. I therefore respectfully request an extension until February 16, 2024, to object to Mr. Abraham's draft PSR. I also respectfully request a concomitant adjournment of the deadline for Probation to file the final PSR.

    I have spoken to the assigned AUSA and she informs me she has no objection to this request.

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Jilan Kamal (via ECF)