# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia Stern  
gms@necheleslaw.com  
212-997-7400

February 12, 2014

<u>Via Email</u>  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, N.Y. 10007

Application granted.

SO ORDERED.

Re: *United States v. Shmuel Abraham, 20-cr-411-RA*

Ronnie Abrams, U.S.D.J.  
February 12, 2024

Dear Judge Abrams:

    We write to respectfully request permission for Shmuel Abraham, who recently pleaded guilty to a Superseding Information, to travel to Florida from February 13, until February 18, for a short vacation with his wife.

    We have spoken to Mr. Abraham's pre-trial officer, and the assigned AUSA, who both have no objection to this request. If Your Honor grants this request, Mr. Abraham will provide pre-trial with his full itinerary.

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Jilan Kamal (via ECF)