# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gstern@necheleslaw.com
212-997-7400

August 22, 2024

<u>Via ECF</u>
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Application granted. The sentence is adjourned to October 2, 2024 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 23, 2024

Re: United States v. Shmuel Abraham, 20-cr-411-RA

Dear Judge Abrams:

We write to respectfully request a final, brief adjournment of Shmuel Abraham's sentencing.

Shmuel Abraham is currently scheduled to be sentenced on September 12, with his sentencing submission due on August 29. Mr. Abraham and his wife, however, had a baby boy a few weeks ago which has made it more difficult than expected for him to find the time to work with me on finishing up his sentencing submission. Due to that, as well as undersigned counsel's upcoming vacation, we could use a little additional time to properly prepare for Mr. Abraham's sentencing.

For this reason, we request a brief adjournment of approximately three weeks to Shmuel Abraham's sentencing date. I have spoken to the government and they take no position on this request.

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: AUSA Jilan Kamal (via ECF)