# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

September 17, 2024

By ECF
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Application granted. The sentencing is adjourned to October 30, 2024 at 12:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 17, 2024

Re: *United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

    We respectfully write to request an adjournment of Shmuel Abraham's sentencing from October 2 until October 30th at 12 pm.

    We make this request both because October 2 is the day before Rosh Hashana, when there are lengthy morning prayers that will make it difficult for Mr. Abraham and me to get to court in the morning, and because Mr. Abraham has a medical procedure scheduled for October 1, which will require a few days to recuperate from.

    I have spoken to the assigned AUSA and she has no objection to this request.

Respectfully,

/s/

Gedalia Stern

Cc: Jilan Kamal (via ECF)