# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

December 1, 2024

**Via ECF**  
Hon. Ronnie Abrams  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
December 2, 2024

Re: *United States v. Shmuel Abraham*, 20-cr-00411-RA

Dear Judge Abrams:

We write to respectfully request the temporary return of the passport of Shmuel's Abraham's wife, Roiza.

As part of Shmuel Abraham's bail, his wife agreed to surrender her passport. Roiza Abraham, however, would like to be able to travel to her niece's wedding this Monday evening outside Montreal, and so we ask that the Court modify Shmuel's bail condition so as to allow the temporary return of Roiza's passport from tomorrow morning until Wednesday, December 4.

If the Court grants this request, Mrs. Abraham will re-surrender her passport by December 4th.

I reached out to both pre-trial and the assigned AUSA late last week to ask them their position on this request but, given the holiday weekend, have understandably not yet heard back.

Respectfully submitted,

/s/

Gedalia M. Stern