UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHMUEL ABRAHAM,

Defendant.

20-CR-411-RA

[~~PROPOSED~~] ORDER EXONERATING BOND

WHEREAS, on August 19, 2020, this Court ordered the release of Shmuel Abraham on a $2,000,000 bond, secured by $50,000 cash.

WHEREAS, Shmuel Abraham and his wife were required under the conditions of his release to surrender their travel documents to Pretrial Services.

WHEREAS, Shmuel Abraham has fully complied with the terms of this bond.

WHEREAS, on October 30, 2024, this Court sentenced Shmuel Abraham to be imprisoned for a term of 15 months, followed by three years' supervised release.

WHEREAS, Shmuel Abraham surrendered to BOP custody on December 30, 2024.

IT IS HEREBY ORDERED, upon the application of counsel for Shmuel Abraham, that Shmuel Abraham's bond in this matter is hereby exonerated and released, and all suretors on Shmuel Abraham's bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, upon application of counsel for Shmuel Abraham, that Pretrial Services shall return the travel documents of Mr. Abraham and his wife (Roiza Jungreis) to either Ms. Jungreis or his attorneys of record and their paralegals.

IT IS FURTHER ORDERED, upon the application of counsel for Shmuel Abraham, that the $50,000 posted by Gedalia Stern Esq., to secure Shmuel Abraham's bond be returned, via EFT disbursement from the Court's registry, to Shmuel Abraham or his counsel NechelesLaw LLP.  The banking information for Shmuel Abraham will be provided to the Clerk's Office by Gedalia Stern, Esq., counsel for Shmuel Abraham.

Dated: New York, New York
      January __8__, 2025

SO ORDERED

_____
The Honorable Ronnie Abrams
District Judge, United States District Court
Southern District of New York