UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent**<br>**Order of Restitution** |
| v. | |
| SHMUEL ABRAHAM | S1 20 Cr. 411 (RA) |

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jerry J. Fang, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1.     Amount of Restitution

Shmuel Abraham, the defendant, shall pay restitution in the total amount of $2,158,609.62, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.     Joint and Several Liability

Restitution is not joint and several with other defendants or with others not named herein. Pursuant to 18 U.S.C. § 3664(h), the Court has apportioned liability among the defendants to reflect the level of contribution to the victim's loss and the economic circumstances of each defendant.

2025.02.20

B.    **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.  Restitution shall be paid to the victim identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.  Upon the request of the victim to the Attorney General or its designee, the Money Laundering and Asset Recovery Section ("MLARS"), the United States Attorney's Office agrees to recommend that property forfeited by the defendant in connection with this offense be remitted to the victim in partial satisfaction of the defendant's restitution obligation.

2.    <u>**Schedule of Payments**</u>

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately upon the defendant's release; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of at least 10% percent of the defendant's gross income, payable on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond shall be applied to the payment of restitution, except that such application shall not take effect until such

2025.02.20                                                       2

time as the defendant commences service of the incarceration portion of the sentence, to the extent

such sentence includes incarceration and the defendant is not in custody.

### 3.      Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online.

Instructions for online criminal debt payments are available on the Clerk of Court's website at

https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.    Checks    and    money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United

States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case

on each check or money order.

### 4.      Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation

Office (during any period of probation or supervised release), and the United States Attorney's

Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation

Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

material change in the defendant's financial resources that affects the defendant's ability to pay

restitution in accordance with 18 U.S.C. § 3664(k).

### 5.      Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20

years from the entry of judgment or 20 years after the defendant's release from imprisonment, as

provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the

event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____/s/_____          _12/08/2025____
Jerry J. Fang                                    DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2584


SHMUEL ABRAHAM

By: _____          12/09/26_____
Shmuel Abraham                                   DATE


By: _/s/ Gedalia Stern by JJF with permission_    12/9/2025_____
Gedalia Stern, Esq.                              DATE
Necheles Law
1120 6th Avenue, 4th Floor
New York, NY 10036
Tel: 973-934-1346


SO ORDERED:

_____          12/11/2025_____
HONORABLE RONNIE ABRAMS                           DATE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HESHL ABRAHAM

**Schedule of Victims**

S1 20 Cr. 411 (RA)

---

| | |
|---|---|
| Amazon.com Inc. / Amazon.com Services LLC | c/o<br>Scott Commerson, Esq.<br>Adam Sgro, Esq.<br>Davis Wright Tremaine LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-2566<br>scottcommerson@dwt.com |

2025.02.20                    5