# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia M. Stern
gstern@necheleslaw.com
212-997-7400

February 4, 2026

**<u>Via ECF</u>**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 5, 2026

Re: *United States v. Shmuel Abraham*, 20-cr-00411-RA

Dear Judge Abrams:

We respectfully write to request permission for Mr. Abraham to travel to Israel from February 15–20.

As Your Honor knows, Mr. Abraham pleaded guilty to defrauding Amazon when he was in his young twenties. He has now completed his sentence of incarceration and is now serving his term of supervised release.

Due to his case, Mr. Abraham has been unable to travel to Israel for some time, and would like to travel there now as a sort of religious pilgrimage, during which he will meet and pray with a Grand Rabbi he is close with, as well as pray at religious sites throughout Israel. If the Court approves this request, Mr. Abraham will provide Probation with his full itinerary.

I have spoken to both Probation, who "supports this request," and the U.S. Attorney's Office, who defers to Probation.

We therefore respectfully request the Court so-order this letter-motion and allow Mr. Abraham to travel TO Israel from February 15 to 20.

Respectfully,

/s/

Gedalia M. Stern