**Necheles Law, LLP**
1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gstern@necheleslaw.com
212-997-7400

September 16, 2026

**Via ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 17, 2026

Re: *United States v. Shmuel Abraham*, 20-cr-411-RA

Dear Judge Abrams:

We respectfully write to request permission for Shmuel Abraham to travel to Israel from September 22 until October 6, to celebrate there the upcoming Jewish Holiday of *Sukkot*.

Mr. Abraham is currently serving his term of supervised release. He would like to travel, along with his wife and two children, to Israel as part of a religious observance, to celebrate the holiday of *Sukkot* (the Feast of the Tabernacles) in Jerusalem. He would leave on September 22, or a few days before the holiday begins on September 25th, and return on October 6th, shortly after the holiday ends on October 4th. If the Court grants this request, he will provide Probation with his full itinerary.

I have spoken to the Probation Department, who told me they have no objection to this request, and the assigned AUSA, who informed me he defers to Probation.

We therefore respectfully request the Court to so-order this letter-motion and allow Mr. Abraham to travel to Israel from September 22 until October 6.

Respectfully submitted

/s/ Gedalia Stern

Gedalia M. Stern

cc: AUSA Jerry Fang (via ECF)